**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : No. 709 |
| | : |
| APPOINTMENT TO THE CONTINUING | : SUPREME COURT RULES |
| | : |
| LEGAL EDUCATION BOARD | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 30th day of September, 2016, Jay N. Silberblatt, Esquire, Allegheny County, is hereby appointed as a member of the Continuing Legal Education Board commencing January 1, 2017.